IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN FOREMAN,<br>    Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TROY LEVI, et al.,<br>    Respondents. | : | NO. 07-3727 |

## ORDER

**AND NOW** this 24th day of January, 2008, upon consideration of Steven Foreman's petition for a writ of habeas corpus brought under 28 U.S.C. § 2241 (Doc. No. 1) and the Government's response thereto, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and

3. The Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

_____
J. CURTIS JOYNER, J.